IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

---

ALICIA PINO,

    Plaintiff,

v.                                                                          Case No. 1:21-cv-00639-MLG-KK

BBVA USA,

    Defendant.

## FINAL ORDER OF DISMISSAL

THIS MATTER is before the Court upon the parties' Stipulated Motion to Dismiss with Prejudice (Doc. 33), filed April 10, 2023. Under Fed. R. Civ. P. 41(a)(1)(A), the parties' stipulation of dismissal is self-executing. *De Leon v. Marcos*, 659 F.3d 1276, 1283 (10th Cir. 2011). Therefore, final dismissal is hereby entered pursuant to Fed. R. Civ. P. 58(a).

**IT IS ORDERED** that this civil proceeding is **DISMISSED** with prejudice by stipulation under Fed. R. Civ. P. 41(a)(1)(A)(ii) and this civil case is **CLOSED**.

_____
MATTHEW L. GARCIA
UNITED STATES DISTRICT JUDGE